IN THE UNITED STATES DISTRICT COURT
OF MARYLAND (BALTIMORE DIVISION)
CIVIL DIVISION

2011 FEB 11  A 11: 49

| | |
|---|---|
| RYNELE MAURICE MARDIS<br>5680 STEVENS FOREST ROAD, APT. 52<br>COLUMBIA, MD 21045<br><br>   Plaintiff,<br><br>vs.<br><br>CAROLYN MARDIS<br>4961 REEDY BROOK LANE<br>COLUMBIA, MD 21044<br><br>   Defendant. | Case No. JKB-11-cv-0374<br><br>In the Circuit Court of Howard County, Maryland<br>Civil Action No. 13-C-11-085642 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, 1442, 1442a, 1443; Army Regulations 608-99, 350-1, 614-30, 600-8-24, 608-1, 350-100, 608-1 (Appendix J), 20-1, and 600-20, Defendant Carolyn Mardis ("Defendant") hereby removes this action from the Circuit Court of Howard County, Maryland to the United States District Court for Maryland (Baltimore Division). Removal is based on federal question jurisdiction because Defendant has been denied her constitution rights arising under laws or Constitution of the United States. In support of its notice, Defendant states as follows:

### BACKGROUND

1. This case was originally filed within the District Court of Maryland for Howard County (Civil Division) Case No. 1001SP001872011 ("District Case"), on February 8, 2011. Defendant was not served according to the docket sheet. A copy of the docket sheet is attached as Exhibit A.

2. Pursuant to Md Rule § 3-326(c), the District Court of Maryland for Howard County (Civil Division) transferred the district case to the Circuit Court of Maryland for Howard County (Civil Division) Case No. 13-C-11-095642, on February 8, 2011. Pursuant to 28 U.S.C. §

1446(a), a copy of all process, pleadings and orders upon defendant is attached as Exhibit B. Further, copies of the online and internal docket sheets are attached as Exhibit C.

3. Defendant received a copy of the Petition and Order on February 9, 2011.

4. The Petition alleges violations of prior domestic violence acts against Plaintiff, Rynele Maurice Mardis ("Plaintiff") as a result, a temporary protective order ("Order") was granted pursuant to Family Law Article, Title 4, Subtitle 5, Annotated Code of Maryland. Plaintiff is a Military Intelligence Officer (Major) in the United States Army and has completed thirteen (13) deployment cycles with extensive combat training.

## NOTICE OF REMOVAL IS TIMELY FILED

5. This lawsuit is a civil action within the meaning of the Acts of Congress relating to removal of causes.

6. The removal of this action to this Court is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within thirty (30) days of February 9, 2011, which the first receipt by defendant of the Petition and Order in this action.

7. The United States District Court of Maryland (Baltimore Division) is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place wither the original action was filed and is pending.

## THIS COURT HAS FEDERAL QUESTION JURISDICTION

8. Federal question jurisdiction exists over Plaintiff's claims and his interlocutory relief under 28 U.S.C. § 1331 because their resolution will require adjudication of substantial disputed question of federal law.

9. Specifically, this Court has federal question jurisdiction over claims asserted in the Petition and relief provided within the Order which arise under the laws of the United States, including without limitation state and federal constitutional laws, the uniform code of military justice, and and various army regulations.

10. It is apparent on the face of the Petition and Order that this action arises under and presents substantial questions of federal law under the United States Constitution. The Petition was heard without notice to the defendant and an opportunity to be heard. Nor, was there adequate cause to transfer the case from district court to circuit court. Additionally, the Order attempts to deny, without evidence, defendant access to her personal property, her child, and her right to access several military installations.

11. To the extent that the Petition alleges non federal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as denial of due process and "form part of the same controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

12. Because a state court denying a citizen a right to contact their child, denying a citizen to right to access their personal property, denying a citizen access to military installations, and removing a cause of action from a district court to a circuit court without just cause - ALL done without the constitutional right of due process -removal of this entire cause of action is therefore appropriate under 28 U.S.C. § 1441(a)-(c).

### NOTICE OF REMOVAL TO THE CIRCUIT COURT OF MARYLAND FOR HOWARD COUNTY

13. Concurrently with this Notice of Removal, Defendant will file a copy of this Notice with the Circuit Court of Maryland for Howard County.

Respectfully Submitted,

*Carolyn T. Mardis*
Carolyn T. Mardis, Pro Se
4961 Reedy Brook Lane
Columbia, MD 21044
443.538.2867

## CERTIFICATE OF SERVICE

I CERTIFY that on this 10th day of February, 2011, a copy of the foregoing Notice to be sent first class mail postage prepaid to:

Rynele Maurice Mardis
5980 Stevens Forest Rd., Apt. 52
Columbia, MD 21045
Plaintiff, Pro Se

*Carolyn Y. Mardis*