FILED: August 23, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1174
(1:11-cv-00374-JKB)
_____

RYNELE MAURICE MARDIS

    Plaintiff - Appellee

v.

CAROLYN MARDIS

    Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 08/01/11, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                        */s/Patricia S. Connor, Clerk*